UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.S.,

Petitioner,

v.

MINGA WOFFORD, et al.,

Respondents.

No.  1:25-cv-02016 DC SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Petitioner is a federal immigration detainee proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2026, the magistrate judge filed findings and recommendations that Petitioner's § 2241 petition be granted.  ECF No. 8.  The findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within seven (7) days.  *Id.* at 13.  Respondents filed objections disputing the portion of the findings and recommendations that found Respondents were not in compliance with *Maldonado Bautista v. Noem*, No. 5:25-cv-01873, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), arguing that decision is not binding on this court.  ECF No. 10 at 1.  Respondents also dispute the finding that they are not in compliance with *Garro Pinchi v. Noem*, No. 25-cv-05632, 2025 WL 3691938 (N.D. Cal. Dec. 19, 2025), on the ground that the *Garro Pinchi*

1

decision was not raised by Petitioner.  (*Id.*)  Both of those objections pertain to Petitioner's claim under the Administrative Procedure Act, which the magistrate judge concluded was an "alternative" ground entitling Petitioner to relief. (*See* Doc. No. 8 at 10.) Notably, Respondents do not raise any objections to the findings and recommendations on Petitioner's claim of a violation of the Immigration and Nationality Act ("INA"), specifically the finding that "Respondents are violating the INA, as codified at 8 U.S.C. § 1226(a) by detaining Petitioner without a bond hearing." (*Id.* at 7.) Indeed, the magistrate judge concluded that "[h]abeas relief is warranted on this ground alone." (*Id.*) Thus, Respondents' objections do not provide a basis to reject the findings and recommendations as to Petitioner's INA claim, which is sufficient to grant the habeas relief requested by Petitioner.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Respondents' objections, the court finds the findings and recommendations with regard to Petitioner's INA claim to be supported by the record and by proper analysis.  Because the court is granting the petition on the INA claim, the court need not address any additional grounds raised in the petition. *See N.K. v. Noem*, No. 1:26-cv-00292-KES-SAB (HC), 2026 WL 130345, at *1 (E.D. Cal. Jan. 16, 2026) (granting habeas petition as to the second count of the petition and not addressing other counts because the petitioner was entitled to the relief sought based on the court's ruling as to that second count); *Constantinovici v. Bondi*, No. 3:25-cv-02405-RBM-AHG, 2025 WL 2898985, at *7 (S.D. Cal. Oct. 10, 2025) (granting habeas petition based on due process claim and "declin[ing] to address the remaining grounds in the Petition for seeking release"). Notably, Plaintiff is being afforded the relief he seeks by the court's ruling on the INA claim.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 8) are ADOPTED as indicated above;

2.    Petitioner's first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 2) is GRANTED;

3.    Within seven (7) days from the date of this order, Respondents shall provide the

Petitioner with a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered. At the hearing, the Petitioner bears the burden of establishing that he is not a risk of flight or danger to the community;

    4.    Respondents' motion to dismiss (ECF No. 6) is DENIED; and

    5.    The Clerk of the Court shall enter judgment in Petitioner's favor and close this case.

    IT IS SO ORDERED.

Dated:   __**February 4, 2026**__             _____

                                      Dena Coggins
                                      United States District Judge